Charles HERBAND, Appellant, v. ATTORNEY GENERAL OF UNITED STATES, respectively, his legal representative locally the Warden of the United States Medical Center for Federal Prisoners, at Springfield, Missouri.

No. 14984.

United States Court of Appeals
Eighth Circuit.

Feb. 9, 1954.

Charles Herband, pro se.

PER CURIAM.

Appeal dismissed.

John J. O'BRIEN, Warden, Respondent, Appellant,

v.

Frederick LINDSEY, Petitioner, Appellee.

No. 4717.

United States Court of Appeals
First Circuit.

March 18, 1954.

See, also, 204 F.2d 359.

Arnold H. Salisbury, Asst. Atty. Gen. of Massachusetts (George Fingold, Atty. Gen. of Massachusetts, with him on the brief), for appellant.

Wilbur G. Hollingsworth, Boston, Mass., for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

In view of the order of the Supreme Judicial Court for the Commonwealth of Massachusetts of May 25, 1953, and of the decision of that Court of January 4, 1954, 116 N.E.2d 691, in the case of Lindsey v. Commonwealth of Massachusetts, and after notice to the parties,

It is now herein ordered as follows: The order of the District Court of December 31, 1952, is vacated and the case is remanded to that Court with directions to enter an order discharging the writ and dismissing the petition.

G. B. KENT & SONS, Ltd., Plaintiff-Appellant,

v.

P. LORILLARD COMPANY, Defendant-Appellee.

No. 200, Docket 22922.

United States Court of Appeals
Second Circuit.

Argued March 2, 1954.

Decided March 24, 1954.

Lewis & Mound, New York City, Milton N. Mound, Richard Wincor, and Herbert F. Schmelzer, New York City, of counsel, for plaintiff-appellant.

Campbell, Brumbaugh, Free & Graves, New York City, Walter H. Free, Thomas L. Perkins, Robert McCormack and James N. Buckner, New York City, of counsel, for defendant-appellee.

Before CHASE, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below. G. B. Kent & Sons v. P. Lorillard Co., D.C., 114 F.Supp. 621.